AO 470 (Rev. 12/03) Order of Temporary Detention

**FILED**

# UNITED STATES DISTRICT COURT

OCT 1 9 2005

District of _____KANSAS_____    RALPH L. DeLOACH, CLERK
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ADRIANA FUENTES-QUEZADA<br>*Defendant* | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: 05-10180-01-WEB |

Upon motion of the _____Government_____, it is ORDERED that a detention hearing is set for __10-24-05__ * at __1:30 p.m.__
                                        *Date*                  *Time*

before _____KAREN M. HUMPHREYS, U. S. MAGISTRATE JUDGE_____
                              *Name of Judicial Officer*

WICHITA, KANSAS
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
                                 *Other Custodial Official*

Date: __10-19-05__                             _Karen M. Humphreys_
                                                      *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.